Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, on behalf of himself, <br><br> Plaintiff, <br><br> v. <br><br> STERLING INFOSYSTEMS, INC.; and DOES 1-10 inclusive, <br><br> Defendants. | Case No. 2:15-cv-04770-RGK-AJW <br><br> [PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE <br><br> Judge : Hon. R. Gary Klausner <br> Ctrm. : 850 |

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on May 18, 2016, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE.

Dated: MAY 1 9 2016

_/s/ Gary Klausner_
The Honorable R. Gary Klausner
United States District Court Judge